## JONATHAN DAY *vs.* DENNIS CROAK.

A writ of review of a judgment of the court of common pleas, granted by this court, and returnable here under the Rev. Sts. c. 99, § 25, is to be entered in this court, although the sum demanded is less than $1,000, and the *St.* of 1859, c. 196, took effect after the writ was sued out and before its return.

WRIT OF REVIEW of a judgment of the court of common pleas, granted by this court at the last April term, and sued out on the 28th of June, returnable to October term 1859 of this court. The original action was an action of contract, with an *ad damnum* of $300.

*D. Foster*, for the plaintiff in review, now suggested a doubt whether the writ should be entered in this court, under the Rev. Sts. c. 99, § 25 ; or at the next term of the superior court, under the provision of the *St.* of 1859, c. 196, § 3, as one of the "writs which are made returnable to the supreme judicial court, in actions at law, wherein the sum demanded is limited to " $4,000 in Suffolk, and $1,000 in other counties.

*G. Swan*, for the defendant in review.

THE COURT held, that the provision of the Rev. Sts. c. 99, § 25, that all reviews granted by this court should be tried in this court, was not affected by *St.* 1859, c. 196, and ordered the writ to be entered at the next *nisi prius* term of this court in this county. See *Buck* v *Wolcott, ante*, 268.